

FILED
CLERK, U.S. DISTRICT COURT

JAN 17 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>MATTHEW WENDORF,<br>DEFENDANT(S). | CASE NUMBER<br><br>8:22-CR-00045 DOC<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __January 19, 2023_____, _____, at __2:00____ ☐ a.m. / ☒ p.m. before the Honorable __John D. Early_____, in Courtroom __6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __January 17, 2023_____

__Douglas F. McCormick__
U.S. District Judge/Magistrate Judge